# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) — Short Form |
|---|---|
| v. | CASE NUMBER: 07-mj-07035 |
| JAMIE MATEJCZUK | Christine Dieringer (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 13; C.R.S. § 42-2-101(1) | No Operators License | On or About April 22, 2007 | 1 |

Defendant is sentenced to 1 year supervised probation, with 30 days jail suspended. To complete 100 hours of community service within 8 months of this date. (Can be done in Denver). No violations of federal, state or local laws, which would violate probation and jail sentence would be imposed. Defendant to report to probation office.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

|  | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | None | None |

November 14, 2007
Date of Imposition of Judgment

s/Michael E. Hegarty
Signature of Judicial Officer

Michael E. Hegarty, Magistrate Judge
Name & Title of Judicial Officer

November 28, 2007
Date